UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# Clerk's Minutes
## Before the Honorable M. Christina Armijo

**CASE NO.** 16-2363MCA    **DATE:** 5/23/17

**TITLE:** *USA v. Diamond Coleman*

**COURTROOM CLERK:** C. Bevel    **COURT REPORTER:** M. Loughran

**COURT IN SESSION:** 1:33pm-1:56pm    **TOTAL TIME:** 23 minutes

**TYPE OF PROCEEDING:** 22 MOTION for Order *to Modify Conditions of Protective Order (Sealed)*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

David Walsh    Aric Elensheimer

**PROCEEDINGS:**

| | |
|---|---|
| 1:33pm | Court in session, counsel enter appearances, defendant present in custody. |
| 1:35pm | Mr. Elsenheimer addresses court regarding motion, proposes alternative language for protective order. |
| 1:43pm | Mr. Walsh responds. |
| 1:46pm | Court addresses counsel. |
| 1:46pm | Mr. Elsenheimer responds. |
| 1:49pm | Mr. Walsh responds, requests Order of Protection remain as is. |
| 1:50pm | Court addresses Mr. Elsenheimer regarding proposed future filings. |
| 1:51pm | Mr. Elsenheimer responds. |
| 1:55pm | Mr. Walsh responds. |
| 1:56pm | Defendant is to file motions under seal, the matter of unsealing will be addressed at a later date. |
| 1:56pm | Court in recess. |