# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable M. Christina Armijo

**CASE NO.**  16-2362MCA & 16-2363MCA    **DATE:**  10/30/17

**TITLE:** *USA v. Lonnie Jackson and USA v. Diamond Coleman*

**COURTROOM CLERK:** C. Bevel        **COURT REPORTER:**   J. Goehl

**COURT IN SESSION:**   1:06pm-5:49pm    **TOTAL TIME:** 4hr 43 min

**TYPE OF PROCEEDING:** 29 Opposed MOTION for Discovery Re Selective Enforcement Claim and 28 MOTION to Compel Discovery Pertaining to Claim of Selective Enforcement

**COURT'S RULINGS/DISPOSITION:**   Hearing continued for further testimony

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

David Walsh                John Robbenhaar

Norm Cairns                Aric Elsenheimer

**PROCEEDINGS:**

| | |
|---|---|
| 1:06pm | Court in session, counsel enter appearances, defendants present in custody. |
| 1:07pm | Mr. Elsenheimer requests defendants' be allowed to have one hand uncuffed. |
| 1:08pm | Court will allow at discretion of US Marshall, as long as safety can be maintained. |
| 1:11pm | Bench conference with counsel. |
| 1:11pm | Mr. Robbenhaar addresses court regarding admission of exhibits. |
| 1:12pm | Mr. Cairns responds. |
| 1:12pm | Court will allow exhibits preliminarily and proceed step by step. |
| 1:15pm | Mr. Walsh makes brief opening statement. |
| 1:15pm | Mr. Robbenhaar makes brief opening statement. |
| 1:18pm | Court addresses counsel regarding NCIC reports. |
| 1:19pm | Mr. Walsh responds. |
| 1:22pm | Court addresses Mr. Robbenhaar and Mr. Walsh. |
| 1:23pm | Mr. Walsh responds. |

| Time | Event |
|---|---|
| 1:25pm | Mr. Robbenhaar responds. |
| 1:26pm | Mr. Cairns calls Agent Russell Johnson, witness sworn. |
| 1:26pm | Mr. Cairns conducts direct examination of witness Agent Johnson. |
| 1:39pm | Mr. Cairns moves to admit exhibit 57. |
| 1:39pm | Mr. Elsenheimer objects to admission of exhibit 57. |
| 1:39pm | Court will permit its use at this point and will consider requests for any further relief as the evidence develops. |
| 1:40pm | Mr. Cairns continues with direct examination of witness Agent Johnson. |
| 2:14pm | Mr. Cairns moves to admit exhibits 1-56. |
| 2:14pm | Bench conference with counsel. |
| 2:15pm | Court admits binder of exhibits 1-56 without objection from defendants. |
| 2:16pm | Mr. Cairns moves to admit exhibit 59. |
| 2:16pm | Mr. Elsenheimer objects to exhibit 59. |
| 2:17pm | Bench conference with counsel. |
| 2:19pm | Court admits exhibit 59. |
| 2:19pm | Mr. Cairns continues with direct examination of witness Agent Johnson. |
| 2:19pm | Mr. Cairns addresses court with admission of exhibit 58. |
| 2:21pm | Mr. Elsenheimer objects to admission, no witness to lay foundation. |
| 2:21pm | Mr. Cairns responds.  Request to admit exhibit withdrawn. |
| 2:22pm | Court in recess. |
| 2:46pm | Court in session. |
| 2:46pm | Mr. Cairns continues with direct examination of witness Agent Johnson. |
| 2:48pm | Mr. Cairns moves to admit exhibit 60. |
| 2:49pm | Mr. Elsenheimer does not object. Court admits exhibit 60. |
| 2:52pm | Mr. Elsenheimer conducts cross examination of witness Agent Johnson. |
| 3:31pm | Mr. Elsenheimer moves to admit several pretrial services reports, exhibit A. |
| 3:32pm | Mr. Cairns responds. |
| 3:33pm | Bench conference with counsel. |
| 3:36pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 3:38pm | Court questions witness. |
| 3:39pm | Witness Agent Johnson responds. |
| 3:40pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |

| | |
|---|---|
| 4:01pm | Mr. Elsenheimer moves to admit exhibits A-C requests permission to submit those electronically to the court. |
| 4:03pm | Court admits exhibits A-C and will expect electronic copies. |
| 4:06pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 4:06pm | Bench conference with counsel. |
| 4:06pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 4:12pm | Court in recess. |
| 4:34pm | Court in session. |
| 4:34pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 4:37pm | Court questions witness. |
| 4:37pm | Witness Agent Johnson responds. |
| 4:38pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 4:40pm | Bench conference with counsel. |
| 4:40pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 4:57pm | Bench conference with counsel. |
| 4:57pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 5:39pm | Bench conference. |
| 5:39pm | Mr. Elsenheimer continues with cross examination of witness Agent Johnson. |
| 5:47pm | Court addresses counsel, court will reset hearing for further cross examination of Agent Johnson and testimony of any further witnesses. Government to file objection to witness. |
| 5:49pm | Court in recess. |