IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2363 MCA |
| | ) | CRIMINAL NO. 16-2362 MCA |
| vs. | ) | |
| | ) | |
| **DIAMOND COLEMAN** and | ) | |
| **LONNIE JACKSON**, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SEALING EXHIBITS**

THIS MATTER having come before the Court, and the Court having balanced the public's need of the information against the harm that disclosure will potentially cause, FINDS as follows:

1) Certain documents labeled as exhibits have previously been sealed by the Court, and the Court FURTHER FINDS that these exhibits shall remain under seal;

2) The documents/exhibits that shall remain under seal are identified as Government's Exhibits 1 through 56, 59, and 60, as well as Defense Exhibits C, D, and E;

3) The exhibits identified in paragraph 2 shall remain under seal during the pendency of this matter, in other words, until such time as the Court renders a decision in this matter;

4) After the Court has rendered a decision in this matter, the Court will entertain a request on motion to unseal documents;

5) The Court also FINDS that Government's Exhibits 57 and 58 and Defense Exhibits A, B, and a redacted version of Defense Exhibit F, should be made available to the public;

THEREFORE, IT IS HEREBY ORDERED that Government's Exhibits 1 through 56, 59, and 60, as well as Defense Exhibits C, D, and E shall remain under seal, and Government's Exhibits 57 and 58, as well as Defense Exhibits A, B, and a redacted version of Defense Exhibit F, shall be made available to the public.

_____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DAVID M. WALSH
Assistant United States Attorney

APPROVED BY:

JOHN ROBBENHAAR
Counsel for Lonnie Jackson

ARIC ELSENHEIMER
Counsel for Diamond Coleman